UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RICHARD LOCKOWITZ, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner of )<br>Social Security, )<br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:15-CV-190- F** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the findings and recommendations of the Magistrate Judge, Plaintiffs Motion for Judgment on the Pleadings [DE-16] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-18] is ALLOWED, and the Commissioner's final decision is AFFIRMED. The Clerk of Court is DIRECTED to close the case.

**This Judgment Filed and Entered on February 22, 2017, and Copies To:**

Janet M. Lyles (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
George G. Davidson (via CM/ECF Notice of Electronic Filing)

DATE                               JULIE A. RICHARDS, CLERK

February 22, 2017

                                          (By) Susan K. Edwards, Deputy Clerk